Declaration of Kevin Holt

1. I am a Special Agent with the Federal Bureau of Investigation, and have been since August 1, 2021. I am currently assigned to an FBI Counterintelligence squad in Los Angeles, California.

2. On October 1, 2026, I received notice that defendant had booked a one-way flight to Shanghai set to depart on Sunday, October 4, 2026. I understand that the person identified as Individual 1 in the criminal complaint in this case is currently in China and left approximately two weeks prior to October 4, 2026.

3. During the arrest of Wanying Zhang on October 4, 2026, law enforcement seized two digital devices from her person. An FBI Mandarin language specialist, who conducted a cursory review of the devices, which contains WeChat messages in the Mandarin language, conveyed the following to me: (1) defendant told individuals in China that she planned to be in China for at least a month, with no return date in mind; (2) defendant was still engaged in a romantic relationship with Individual 1 – who had taken a one-way flight to China in late September 2026; and (3) defendant had deleted her WeChat messages with PRC Official 2 from the criminal complaint.

4. During the search of defendant's home, law enforcement uncovered paperwork indicating that defendant had graduated first in her class from the University of International Relations in China.

5. Based on my review of defendant's iCloud, I believe that defendant has significant financial resources available to her in China. Primarily, I came to this conclusion based upon WhatsApp and iMessage texts in which the defendant appears to coordinate the unlicensed transfer of money from the People's Republic of China to

the United States. The profits from this scheme, which total in the hundreds of thousands of dollars, appear to have been deposited into Chinese bank accounts. Specifically, defendant has sent at least $190,000 to Chinese bank accounts as part of this scheme in 2024 and 2025, and the scheme has been ongoing since then, indicating the total number likely exceeds $190,000. I also came to this conclusion based upon defendant's conversations about her investment in a nightclub in Shanghai.

6. Attached hereto as **Exhibit A** is a true and correct copy of selected translations of WeChat messages found on defendant's iCloud.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 13, 2026.

/s/

KEVIN HOLT

**Exhibit A**

**(Filed Under Seal)**